

Stradley Ronon Stevens & Young, LLP

457 Haddonfield Road

Suite 100

Cherry Hill, NJ 08002-2223

Telephone (856) 321-2400

Fax (856) 321-2415

www.stradley.com

**Francis X. Manning**

fmanning@stradley.com

856-321-2403

April 19, 2013

**<u>Filed Electronically</u>**

Michael A. Hammer,
United States Magistrate Judge
United States District Court for
 the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE:  **Patient Care Associates LLC a/s/o G.V. and P.V. v. Cytec Industries, et al**
     **U.S. District Court for the District of New Jersey**
     **Civil Action No. 2:13-cv-01616-FSH-MAH**

Dear Judge Hammer:

      Yesterday, the Court set the Initial Scheduling Conference for May 21, 2013 at 11:45 a.m.  That same day, I am to appear before Magistrate Judge Arpert in Trenton for a similar conference at 11:30 in the matter *Linda S. Skelcy v. UnitedHealth Group, Inc., et al* U.S. District Court of New Jersey, Civil Action No.  3:12-cv-01014-AET-DEA.  Because of the conflict, I ask that Your Honor reschedule the Initial Scheduling Conference to a time after 2:30 p.m. on May 21, or to another day.

      Respectfully,

      /s/ Francis X. Manning

      Francis X. Manning

FXM/bac

cc:  via Court's electronic filing server to:
     Andrew R. Bronsnick, Esquire